No. 74–6355. RIVERA-LARA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6383. RIMKA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. Reported below: 512 F. 2d 425.

No. 74–6386. FERRIS v. MORGAN, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6462. WHITE v. REYNOLDS ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6473. ROMERO v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6480. BURNS v. SLATER ET AL. Sup. Ct. Okla. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6482. TISCHMAK v. GEORGIA. Ct. App. Ga. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. Reported below: 133 Ga. App. 534, 211 S. E. 2d 587.

No. 74–6484. BAKER v. CALIFORNIA LAND TITLE Co. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. Reported below: 507 F. 2d 895.

No. 74–6492. JONES v. GUNN, WARDEN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.